## United States District Court
## For The Eastern District of Texas
## Sherman Division

Lynley Vansingel,
Melanie Meyer, and
Jessie Palmer,

        Plaintiffs,

              *v.*

First Guaranty Mortgage Corporation, and Pacific
Investment Management Company, Inc.,

        Defendants.

Case No. 4:22-cv-00525-SDJ

### NOTICE OF BANKRUPTCY AND AUTOMATIC STAY

**NOTICE IS HEREBY GIVEN THAT** First Guaranty Mortgage Corporation, (the "Defendant") in this action has filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code") on June 30, 2022 (the "Petition Date"), which is identified as Case No. 22-10584-CTG in the United States Bankruptcy Court for the District Delaware.  A copy of this petition is attached hereto as **Exhibit A.**

**PLEASE BE FURTHER ADVISED** that certain actions against the Defendant, including but not limited to "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case" or "the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case," are stayed pursuant to § 362(a) of the Bankruptcy Code as of the Petition Date.

Dated:  July 18, 2022

DENTONS US LLP

By:  */s/ Leanna M. Anderson*
Leanna M. Anderson
Texas Bar No. 24085833
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
Telephone:  (214) 259-0951
Email:  leanna.anderson@dentons.com

Samuel R. Maizel
Tania M. Moyron
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300
Email:  Samuel.maizel@dentons.com
Tania.moyron@dentons.com

-and-

David F. Cook
1900 K Street, NW
Washington, DE 20006
Telephone:  (202) 496-7500
Email:  david.f.cook@dentons.com

*Proposed Counsel For Debtor and
Debtor In Possession,
First Guaranty Mortgage Corporation*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of July, 2022, a true and correct copy of this *Notice of Bankruptcy and Automatic Stay* was served electronically on all parties registered to receive electronic service in the above-captioned case.

By:  */s/ Leanna M. Anderson*
Leanna M. Anderson