UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LYNLEY VANSINGEL, ET AL. | § |
| | § |
| v. | § CIVIL ACTION NO. 4:22-CV-525-SDJ |
| | § |
| FIRST GUARANTY MORTGAGE | § |
| CORPORATION, ET AL. | § |

## ORDER

It is hereby **ORDERED** that all proceedings in this case regarding Defendant First Guaranty Mortgage Corporation are hereby **STAYED** pending resolution of the bankruptcy proceedings referenced in First Guaranty Mortgage Corporation's Notice of Bankruptcy and Automatic Stay, (Dkt. #4). This case shall proceed accordingly with respect to Defendant Pacific Investment Management Company, Inc.

**So ORDERED and SIGNED this 19th day of July, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE