UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LYNLEY VANSINGEL, ET AL. | § |
| | § |
| v. | § CIVIL NO. 4:22-CV-525-SDJ |
| | § |
| FIRST GUARANTY MORTGAGE | § |
| CORPORATION, ET AL. | § |

### ORDER

Before the Court is Defendant Pacific Investment Management Company, Inc.'s Rule 12(b)(6) Motion to Dismiss, (Dkt. #7). The Amended Complaint is now the operative complaint in this case. Because Defendant's motion seeks dismissal of the original Complaint, the motion is now moot.

It is therefore **ORDERED** that Defendant Pacific Investment Management Company, Inc.'s Rule 12(b)(6) Motion to Dismiss, (Dkt. #7), is **DENIED as moot**.

**So ORDERED and SIGNED this 26th day of August, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE