UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LYNLEY VANSINGEL, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-525-SDJ |
| | § | |
| FIRST GUARANTY MORTGAGE | § | |
| CORPORATION, ET AL. | § | |

## ORDER

The Court is in receipt of the parties' Joint Report of Rule 26(f) Attorney Conference. (Dkt. #15). In the joint report, the parties dispute whether discovery should be stayed pending resolution of Defendant Pacific Investment Management Company, Inc.'s ("PIMCO") motion to dismiss, (Dkt. #14), which challenges whether PIMCO was Plaintiffs' employer.

Having reviewed the record, the Court finds that the motion to dismiss must be resolved before any discovery takes place. As such, the Court will stay all discovery, including initial disclosures, until after it has resolved the motion to dismiss.

It is therefore **ORDERED** that all discovery in this case, including initial disclosures, is **STAYED** pending resolution of PIMCO's motion to dismiss, (Dkt. #14).

It is further **ORDERED** that the Rule 16 management conference set for October 5, 2022, at 2:00 p.m. is hereby **CANCELED**.

So ORDERED and SIGNED this 22nd day of September, 2022.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE