IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LYNLEY VANSINGEL, MELANIE MEYER, AND JESSIE PALMER, <br><br>*Plaintiffs,* <br><br>v. <br><br>FIRST GUARANTY MORTGAGE CORPORATION, AND PACIFIC INVESTMENT MANAGEMENT COMPANY, INC., <br><br>*Defendants.* | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-cv-00525-SDJ |

**DEFENDANT'S UNOPPOSED MOTION**
**TO WITHDRAW AND SUBSTITUTE LEAD COUNSEL**

Defendant Pacific Investment Management Company, Inc., by and through its undersigned counsel, files this Unopposed Motion to Withdraw and Substitute Lead Counsel, and would respectfully show:

**I.**

Arthur V. Lambert with the law firm Fisher & Phillips LLP will be Senior Counsel of the law firm effective immediately.  Accordingly, Defendant respectfully requests that the Court enter an order allowing Arthur V. Lambert to withdraw as its lead counsel, and further requests that Pamela Williams with the law firm Fisher & Phillips LLP be designated as lead counsel of record. As lead counsel, Ms. Williams is designated to receive all communications from the Court and other counsel in this matter.  Mr. Sedge will continue to be designated as co-counsel for Defendant and, as such, is designated to receive all communications from the Court and other counsel relating to this cause.

## II.

This motion is not sought for delay, and substitution will not prejudice any party to this lawsuit.

WHEREFORE, Defendant prays that the Court grant this motion and permit Mr. Lambert to withdraw as lead counsel of record for Defendant Pacific Investment Management Company, Inc., and that Ms. Williams be designated as lead counsel of record.

Respectfully submitted,

*/s/ Arthur V. Lambert*
Arthur V. Lambert
Texas Bar No. 11841250
Brent Sedge
Texas Bar No. 24082120
FISHER & PHILLIPS LLP
500 N. Akard Street, Suite 3550
Dallas, TX 75201
Tel: (214) 220-9100
Fax: (214) 220-9122
*alambert@fisherphillips.com*
*bsedge@fisherphillips.com*

Pamela Williams
Texas Bar No. 00784017
FISHER & PHILLIPS LLP
910 Louisiana Street, Suite 4000
Houston, TX 77002
Tel: (713) 292-0150
Fax: (713) 292-0151
*pwilliams@fisherphillips.com*

**COUNSEL FOR DEFENDANT**
**PACIFIC INVESTMENT MANAGEMENT**
**COMPANY, INC.**

## CERTIFICATE OF SERVICE

      I certify that I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Texas on August 24, 2023, using the Electronic Case Filing system of the Court. The ECF system will send a "Notice of Electronic Filing" to all attorneys of record:

| | |
|---|---|
| Emily Stout (*estout@cwl.law*) | Jane Legler (*jane@nlcemployeelaw.com*) |
| Camille Avant (*cavant@cwl.law*) | Christine Neill (*christine@nlceemployeelaw.com*) |
| CRAWFORD, WISHNEW & LANG PLLC | Kyla Gail Cole (*kyla@nlceemployeelaw.com*) |
| 1700 Pacific Avenue, Suite 2390 | NEILL LEGLER COLE PLLC |
| Dallas, TX 75201 | 3300 Oak Lawn Avenue, Suite 425 |
| | Dallas, TX 75219 |

                                                    */s/ Arthur V. Lambert*
                                                    Arthur V. Lambert