UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LYNLEY VANSINGEL, MELANIE MEYER, and JESSIE PALMER<br><br>*Plaintiffs*,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORPORATION and PACIFIC INVESTMENT MANAGEMENT COMPANY, INC.<br><br>*Defendants*. | CIVIL ACTION NO.<br>4:22-cv-00525-SDJ |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on March 15, 2024. The conference resulted in a partial settlement.

Plaintiffs' claims against First Guaranty Mortgage Corporation were settled. Plaintiffs' claims against Pacific Investment Management Company, Inc. were not mediated and remain extant.

All parties and counsel were present.

SIGNED this 18th day of March, 2024.

*s/ Christopher Nolland*
Christopher Nolland
Attorney-Mediator
1717 Main Street, Suite 5550
Dallas, Texas 75201-4639

      This is to certify that on March 18, 2024, I caused the foregoing document to be served electronically by having my office transmit it to the Clerk of the Court using the ECF system.

                                        *s/ Christopher Nolland*
                                        Christopher Nolland