UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LYNLEY VANSINGEL, MELANIE MEYER, and JESSIE PALMER<br><br>*Plaintiffs*,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORPORATION and PACIFIC INVESTMENT MANAGEMENT COMPANY, INC.<br><br>*Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>4:22-cv-00525-SDJ |

## AMENDED MEDIATOR'S REPORT

A voluntary mediation conference was held on March 15, 2024, only between Plaintiffs and First Guaranty Mortgage Corporation. The mediation resulted in a settlement between those parties.

In summary, Plaintiffs' claims against First Guaranty Mortgage Corporation were settled. Pacific Investment Management Company, Inc. was not invited to (and was apparently unaware of) the mediation and accordingly, Plaintiffs' claims against Pacific Investment Management Company, Inc. were not mediated.

The Plaintiffs and representatives of First Guaranty Mortgage Corporation and their counsel were present.

SIGNED this 19th day of March, 2024.

*s/ Christopher Nolland*
Christopher Nolland
Attorney-Mediator
1717 Main Street, Suite 5550
Dallas, Texas 75201-4639

This is to certify that on March 19, 2024, I caused the foregoing document to be served electronically by having my office transmit it to the Clerk of the Court using the ECF system.

*s/ Christopher Nolland*
Christopher Nolland