UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXCAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **LYNLEY VANSINGEL,** § | | |
| **MELANIE MEYER, and** § | | |
| **JESSIE PALMER** § | | |
| § | | |
| *Plaintiffs,* § | | |
| v. § | CIVIL ACTION NO. 4:22-cv-00525-SDJ | |
| § | | |
| **FIRST GUARANTY MORTGAGE** § | | |
| **CORPORATION, and PACIFIC** § | | |
| **INVESTMENT MANAGEMENT** § | | |
| **COMPANY, INC.** § | | |
| § | | |
| *Defendants.* § | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Pacific Investment Management Company, Inc. ("PIMCO") hereby stipulate, and request that the Court dismiss all claims in the above matter with prejudice, with all parties to bear their respective costs and attorneys' fees.  Additionally, Defendant First Guaranty Mortgage Corporation ("FGMC") has not filed an answer in this matter.  Thus, pursuant to Rule 41(a)(1)(A)(i), Plaintiff has a right to request that this matter be dismissed as to FGMC without FGMC's signature.  As such, Plaintiffs and Defendant PIMCO  hereby stipulate, and request that the Court dismiss all claims in the above matter with prejudice, with all parties to bear their respective costs and attorneys' fees.

Respectfully submitted.

/s/ Kyla Gail Cole
Jane Legler
Texas Bar No. 03565820
Kyla Gail Cole
Texas Bar No. 24033113
**Cole Legler PLLC**
3300 Oak Lawn Ave. Ste. 425
Dallas, Texas 75219
(214) 748-7777
(214) 748-7778 (facsimiles)
jane@nlcemployeelaw.com
kyla@nlcemployeelaw.com

**Attorneys for Plaintiffs Meyer and Palmer**

**CRAWFORD, WISHNEW & LANG PLLC**
By: /s/ Emily M. Stout
Emily M. Stout
State Bar No. 24013581
estout@cwl.law
Camille Avant
Texas State Bar No. 24084967
cavant@cwl.law

1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**Attorneys for Plaintiff VanSingel**

*/s/ Brent Sedge*

Arthur V. Lambert
Texas Bar No. 11841250
Attorney-in-Charge
Brent Sedge
Texas Bar No. 24082120
FISHER & PHILLIPS, LLP
500 North Akard Street, Suite 3550
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
*alambert@fisherphillips.com*
*bsedge@fisherphillips.com*

**ATTORNEYS FOR DEFENDANT PACIFIC INVESTMENT MANAGEMENT COMPANY, INC.**

## CERTIFICATE OF SERVICE

On the 11th day of June, 2024, I hereby certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Kyla Gail Cole*

Kyla Gail Cole